# United States Court of Appeals
## For the First Circuit

No. 26-1181

MALUNDA DAVID GILBERTO DESTINO,

Petitioner - Appellee,

v.

ANDREW ACKLEY, Acting Warden, FCI Berlin; PATRICIA H. HYDE, Boston Field Office Director, U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General,

Respondents - Appellants.

**ORDER OF COURT**

Entered: March 9, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellants are presently in default for failure to file an appearance form, docketing statement, and transcript report/order form.

It is ordered that if an appearance form, docketing statement, and transcript report/order form are not filed on or before **March 23, 2026**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Ronald L. Abramson
Anna Dronzek
David M. Lieberman
Kasey Weiland