# United States Court of Appeals
## For the First Circuit

No. 26-1181

MALUNDA DAVID GILBERTO DESTINO,

Petitioner - Appellee,

v.

ANDREW ACKLEY, Acting Warden, FCI Berlin; DAVID WESLING, Acting Boston Field Office Director, U.S. Immigration and Customs Enforcement; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, Acting U.S. Attorney General,

Respondents - Appellants.

**JUDGMENT**

Entered: July 27, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Ronald L. Abramson, Anna Dronzek, Kasey Weiland